DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ESLI JOSEPH,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-609

[May 11, 2023]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 06-016527-CF-10A.

Esli Joseph, Raiford, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***